UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.                                      ORDER ADOPTING REPORT
                                         AND RECOMMENDATION

Derrick Lamont Brown,

        Defendant.                        Crim. No. 06-148(01) (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1.    That the Defendant's Motion to Suppress Evidence of Search [Docket No. 16] is denied.

2.    That the Defendant's Motion to Suppress Statements [Docket No. 17] is granted, in part, and denied, in part, as further detailed in the text of the Report and Recommendation dated July 11, 2006.

Dated: August 9, 2006                                 s/James M. Rosenbaum
                                                          James M. Rosenbaum, Chief Judge
                                                           United States District Court